UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br><br>        v.<br><br>RONNIE FRANK RODRIGUEZ,<br><br>           Defendant. | NO. CR18-181 RAJ<br><br>**PROTECTIVE ORDER** |

This matter comes before the Court on the Stipulated Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Protected Material," may be produced to counsel for the defendants in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorneys of record in this case and their staff, and to any investigators, expert witnesses, and other agents the attorneys of record retained in connection with this case. The attorneys

U.S. v. Ronnie Frank Rodriguez / CR18-181 RAJ
Protective Order - 1

of record, and their investigators, expert witnesses, and other agents can review Protected Material with the defendant. The defendant can inspect and review Protected Material, but shall not be allowed to possess, photograph, or record Protected Material or otherwise retain Protected Material or copies thereof.

IT IS FURTHER ORDERED that defense counsel shall not provide Protected Material or copies thereof to any other person outside his or her law office, including the defendant or his family or associates. While residing at the FDC, the defendant will be permitted to review the Protected Material, consistent with the regulations established by the Bureau of Prisons for discovery materials subject to a protective order and designated as protected or sensitive material. Consistent with those rules and regulations, the defendant, while residing at the FDC, will be permitted to review the Protected Material with his counsel or in a controlled environment at the FDC, but will be prohibited from keeping a copy of the material in his own possession, printing it out, copying it, or distributing it.

IT IS HEREBY FURTHER ORDERED that the defendant, defense counsel, and others to whom disclosure of the content of the Protected Material may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material or its contents, other than as necessary for the preparation of defenses at trial and in subsequent appellate proceedings, if necessary. Specifically, the attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to the defendant and other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to the defendant and other persons. This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to members of the United States Attorney's Office, federal law enforcement agencies, the Court, or witnesses in order to pursue other investigations or the prosecution in this case. Nor does it limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the

U.S. v. Ronnie Frank Rodriguez / CR18-181 RAJ
Protective Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Protected Material to the defense as necessary to comply with the government's discovery

2    obligations.

3        Nothing in this Protective Order prohibits defense counsel from showing the

4    Protected Material, or reviewing its contents, with his or her respective defendant or with

5    others to whom disclosure may be necessary to assist with the preparation of the defense

6    at trial and in subsequent appellate proceedings, if necessary.

7        IT IS FURTHER ORDERED that if counsel for any party finds it necessary to file

8    any documents marked as Protected Material, the material shall be filed under seal with the

9    Court.

10        Nothing in this Order shall prevent any party from seeking modification of this

11    Protective Order or from objecting to discovery that it believes to be otherwise improper.

12    The parties agree that in the event that compliance with this Order makes it difficult for

13    defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an

14    unworkable burden on counsel, defense counsel shall bring any concerns about the terms

15    of the Order to the attention of the government.  The parties shall then meet and confer

16    with the intention of finding a mutually acceptable solution.  In the event that the parties

17    cannot reach such a solution, defense counsel shall have the right to bring any concerns

18    about the scope or terms of the Order to the attention of the Court by way of a motion.

19        Nothing in this order should be construed as imposing any discovery obligations on

20    the government that are different from those imposed by case law and Rule 16 of the

21    Federal Rules of Criminal Procedure.  The failure to designate any materials as provided

22    in paragraph 2 shall not constitute a waiver of a party's assertion that the materials are

23    covered by this Protective Order.

24        This Protective Order does not constitute a ruling on the question of whether any

25    particular material is properly discoverable or admissible and does not constitute any ruling

26    on any potential objection to the discoverability of any material.

27    ///

28    ///

U.S. v. Ronnie Frank Rodriguez / CR18-181 RAJ
Protective Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that at the conclusion of the case, the Protected Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this 11th day of September, 2018.

The Honorable Richard A. Jones
United States District Judge

U.S. v. Ronnie Frank Rodriguez / CR18-181 RAJ
Protective Order - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970