The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONNIE FRANK RODRIQUEZ,<br><br>　　　　　Defendant. | NO. CR18-181 RAJ<br><br>ORDER CONTINUING TRIAL DATE<br>AND PRETRIAL MOTIONS DEADLINE |

　　　This matter comes before the Court on the motion of the government, which has been joined by Defendant Ronnie Frank Rodriquez, to continue the trial in this matter, and to set a new pretrial motion cutoff consistent with that new trial date. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

　　　The facts supporting continuing the trial and excluding the consequent delay are set forth in the Motion to Continue, incorporated by this reference, and include the following: (a) the large number of defendants charged in the related conspiracy; (b) the nature of the prosecution, which includes wiretaps over multiple phone lines and investigations in numerous districts; and (c) the volume of discovery produced, and still to be produced.

　　　THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i) and (ii) that this case is sufficiently unusual and complex, due to the combination of the number of defendants charged in the related conspiracy, the nature of

Order Continuing Trial Date and
Pretrial Motions Deadline - 1
*U.S. v. Rodriguez*, CR18-181 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the prosecution, as well as the existence of novel questions of fact, that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date, or for the immediate future.

THE COURT THEREFORE FINDS that failure to grant the continuance in this related case would likely make the continuation of this related proceeding impossible and result in a miscarriage of justice, because failing to continue this matter for a considerable period of time would deny counsel for the parties the reasonable time necessary for effective preparation, due to defense counsels' need for more time to review the considerable volume of discovery and evidence produced, and still to be produced, and to consider possible defenses and motions, taking into account the exercise of due diligence.

THE COURT FINDS, in light of these factors, that it is unlikely that the parties can be reasonably ready to try this matter before March 4, 2019.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay in that the parties have indicated they require more time to prepare for trial. The Court finds that given the complexity of the case, the number of defendants in the related proceedings, and the volume of discovery produced, and still to be produced, that more time is, in fact, necessary.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Sections 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interests of the public and the defendant in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between the date of this Order and the new trial date of March 4, 2019, is necessary to provide counsel the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #17), which has been joined by Defendant (Dkt. #18) is GRANTED. The trial in this matter is continued to March 4, 2019, at 9:00 a.m.

Order Continuing Trial Date and
Pretrial Motions Deadline - 2
*U.S. v. Rodriguez*, CR18-181 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED, that all pretrial motions, including motions in limine, shall be filed no later than January 17, 2019.

IT IS FURTHER ORDERED that the time between the date of this Order and the new trial date of March 4, 2019, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 13th day of September, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order Continuing Trial Date and
Pretrial Motions Deadline - 3
*U.S. v. Rodriguez*, CR18-181 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970